**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7356**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ERIC SCOTT BARKER, a/k/a Skateboard, a/k/a Skate,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, Senior District Judge.  (1:16-cr-00031-IMK-MJA-1)

Submitted:  February 16, 2022                          Decided:  September 7, 2022

Before HARRIS and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric Scott Barker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Scott Barker appeals the district court's order granting in part and denying in part several postconviction motions.  We have reviewed the record and find no reversible error.  Accordingly, we affirm.  *See United States v. Barker*, No. 1:16-cr-00031-IMK-MJA-1 (N.D. W. Va.  Sept. 3, 2021).  We deny Barker's motion for appointment of counsel.  We also deny Barker's motion for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*